United States District Court
Eastern District of North Carolina

JEROME BAILEY,
        Petitioner

v.                         **Judgment in a Civil Case**

GEORGE SNYDER,
        Respondent              Case Number: 5:07-HC-2066-FL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED that this action is hereby dismissed.

THE ABOVE JUDGMENT WAS FILED AND ENTERED TODAY, OCTOBER 22, 2007 AND A COPY MAILED TO:

Jerome Bailey
4952 8th St., N.E.
Washington, DC 20017

October 22, 2007                             /s/ DENNIS P. IAVARONE
Date                                               Clerk

Raleigh, North Carolina